

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2015

No. 04-15-00565-CV

**IN THE INTEREST OF M.C.M.,** a child,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2013CVW000960-C3
Honorable Jesus Garza, Judge Presiding

## O R D E R

Appellant's brief was originally due November 23, 2015. This Court sent a notice of late brief on November 30, 2015. Appellant's counsel filed a motion for a 60-day extension on December 10, 2015. This Court cannot grant a 60-day extension of time. In addition, due to appellant's delay in getting the appellate record filed and in requesting additional time to file the brief, this appeal is already delayed.

It is ORDERED appellant's motion for extension of time is GRANTED IN PART. Appellant must file the brief on or before Tuesday, December 29, 2015. This extension extends appellant's deadline to 60 days after the original brief was due. For this reason, **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court